# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

Stephen J. Markman,
Chief Justice

153900

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 153900
COA: 331511
Oakland CC: 1991-108712-FH

LARRY LIGE, JR.,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the April 8, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals, and we REMAND this case to the Court of Appeals for plenary consideration of the defendant's appeal of right. There is no dispute in this case that the trial court did not comply with the version of MCR 6.425(E) in effect at the relevant time in 1991, and failed to advise the defendant at sentencing of his appellate rights, including an appeal of right from his plea-based convictions, and appointment of appellate counsel, if indigent. We further ORDER that the appointment of the State Appellate Defender Office to represent the defendant is continued on remand.

　　　　We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



s0125

Clerk